# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| TIMOTHY MINTER, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) NO.: 4:14-CV-00286-HLM-WEJ |
| v. | ) |
| | ) |
| CITY OF ADAIRSVILLE, | ) |
| GEORGIA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement. Having considered the Parties' Joint Motion, it is hereby ORDERED that the Motion is GRANTED and the Settlement Agreement (the "Agreement") attached to the parties' Joint Motion is APPROVED. The Court hereby ORDERS that the parties comply with their respective obligations set forth in the Agreement.

SO ORDERED this 15 day of January, 2015.

_____
Hon. Harold L. Murphy
United States District Judge